**Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000731
24-FEB-2016
08:08 AM**

NO. CAAP-15-0000731

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BAYVIEW LOAN SERVICING, LLC,
Plaintiff-Appellee,
v.
BRYAN SCOTT HARTBARGER; MICHELLE ANN HARTBARGER,
Defendants-Appellants,
and
STATE OF HAWAI'I - CHILD SUPPORT ENFORCEMENT AGENCY,
Defendant-Appellee,
and
JOHN and MARY DOES 1-20; DOE PARTNERSHIPS,
CORPORATIONS OR OTHER ENTITIES, 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 12-1-0555)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon review of the record, it appears that:

(1) On October 9, 2015, Defendants-Appellants Bryan
Scott Hartbarger and Michelle Ann Hartbarger (Appellants) filed a
notice of appeal;

(2) On November 27, 2015, the circuit court clerk filed
the record on appeal, and the appellate clerk notified the
parties that, among other things, the opening brief was due on or
before January 6, 2016;

(3) Appellants did not file the opening brief, or request an extension of time;

(4) On January 8, 2016, the appellate clerk notified Appellants that the time for filing the opening brief expired and, pursuant to Hawai'i Rules of Appellate Procedure Rule 30, the matter would be called to the court's attention on January 19, 2016, for such action as the court deems proper, which could include dismissal; and

(5) Thereafter, Appellants did not file the opening brief, or respond to the default notice.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, February 24, 2016.

Presiding Judge

Associate Judge

Associate Judge